# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————

Case No. 5D2025-0080
LT Case No. 2024-CF-000292-A

——————————————

JUSTIN LEVI HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

——————————————

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee Danielle Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

September 30, 2025

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____